COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex parte Terry Lynn Spies

Appellate case number:      01-14-00925-CR

Trial court case number:    1343443-A

Trial court:                337th District Court of Harris County

      This case was abated and remanded to the trial court on January 15, 2015. In the abatement order, we directed the trial court to enter findings of fact and conclusions of law in conjunction with the denial of appellant's application for a writ of habeas corpus. The trial court signed its findings of fact and conclusions of law on February 18, 2015, and the district clerk has filed a supplemental clerk's record containing the court's findings of fact and conclusions of law. Accordingly, we REINSTATE this case on the Court's active docket.

      It is so ORDERED.

Judge's signature:          /s/ Russell Lloyd
                            ☒  Acting individually

Date:  March 10, 2015